

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Elliott Harvey d/b/a
Pioneer Naturals Pet Foods,

\* From the 259th District Court
  of Jones County,
  Trial Court No. 023133.

Vs. No. 11-15-00222-CV

\* October 12, 2023

Advanced Marketing Group, LLC,

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.